UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61311-CIV-SMITH

EDWIN ETIENNE,

        Plaintiff,

v.

RADIUS GLOBAL SOLUTIONS LLC,

        Defendant.
_____/

**NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT**

This matter is before the Court on Defendant's Notice of Pending Settlement [DE 8], indicating that this matter has been settled as to all claims. Upon consideration, it is hereby

**ORDERED** that:

(1)  The parties shall file their Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 on or before **September 7, 2021.** Failure to comply with this Order may result in the final dismissal of this case.

(2)  All pending motions are **DENIED as moot.**

(3)  This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 5th day of August, 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record